

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| GLORIA G. FLORES, | § | No. 08-20-00184-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th District Court |
| BANK OF AMERICA, N.A., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2020DCV0998) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **February 11, 2021**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Robert E. Hedicke, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 11, 2021.

IT IS SO ORDERED this 14th day of January, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.